AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY ____ D.C.

APR 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | |
|---|---|
| United States of America<br>v.<br>MARY ANN GOLDSTEIN,<br>a/k/a, Mary Ann Teixeira,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  ~~18-8414-DLB~~<br>)<br>)      19-8135-WM<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __04/03/2018 - 03/21/2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC §§ 922(d)(1), 924(a)(2) | Knowing Transfer of Firearms to a Convicted Felon |
| 18 USC §§ 922(a)(6), 924(a)(2) | Making False Statements Material to the Acquisition of a Firearm to a Federally Licensed Firearms Dealer |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sara Connors, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/11/2019__

_____
*Judge's signature*

City and state: __WEST PALM BEACH, FL__

Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## SARA CONNORS
## SPECIAL AGENT
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## Case No. 19-8135-WM

Your affiant, Sara Connors, first being first duly sworn, does hereby depose and state as follows:

1. Your affiant is employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since 1999. Your affiant's responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18, United States Code, Chapter 44). During your affiant's tenure with ATF, your affiant has personally participated in excess of 300 prior investigations of convicted felons in possession of firearms, to include the unlawful acquisition of firearms from Federally Licensed Firearms Dealers (FFLs). As a result of training and experience, your affiant is extremely familiar with the manner in means in which prohibited persons, to include convicted felons, acquire firearms.

2. Your affiant submits this affidavit in support of a Criminal Complaint for defendant MARY ANN GOLDSTEIN. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, it does not contain all the information known regarding this investigation, but rather those facts necessary to establish probable cause to believe that MARY ANN GOLDSTEIN, knowingly transferred firearm(s) to a person who had previously been convicted of a felony. In addition, GOLDSTEIN knowingly made false statements to a FFL, material to the acquisition of firearms, in violation of Title 18, United States Code, Sections 922(d)(1) and 922(a)(6).

3. On March 21, 2019, officers of the Tequesta Police Department (TPD) responded to a residence located at 16 Live Oak Circle in the Village of Tequesta, Palm Beach County, Southern District of Florida, in reference to a welfare check/suspicious incident. Upon arrival, officers met with MARY ANN GOLDSTEIN, who stated that her husband, (a previously convicted felon, hereinafter referred to as "ROBERT GOLDSTEIN") was armed with a gun and was upstairs, barricaded in the bedroom with her adult daughter (hereinafter referred to as "A.T.") who was suffering from an undisclosed medical condition and possibly not breathing. Officers made entry into the house through the side door on the lower level, removing "A.T." safely. Based on the information related by MARY ANN GOLDSTEIN., TPD officers understood ROBERT GOLDSTEIN to be located on the top, or second floor of the residence together with A.T. After announcing their police presence, and calling out to the occupants of the upper level, A.T. came down the stairs first, followed a short time later by ROBERT GOLDSTEIN, who was ordered to show his hands and proceed downstairs.

4. Upon being taken into custody, ROBERT GOLDSTEIN was advised of his *Miranda* warnings by TPD Officer Baldwin from a preprinted form, and ROBERT GOLDSTEIN advised he understood his rights. ROBERT GOLDSTEIN thereafter stated he stated he was aware that there were many firearms in the house, secured in two safes and other locations around the house. ROBERT GOLDSTEIN advised that the firearms and the safes belonged to his wife. ROBERT GOLDSTEIN's wife, MARY ANN GOLDSTEIN., was also on the scene at the time of defendant ROBERT GOLDSTEIN's arrest. TPD Detective Sergeant Muniz interviewed MARY ANN GOLDSTEIN at the residence. MARY ANN GOLDSTEIN. stated she was scared that ROBERT GOLDSTEIN would be released from custody and she told Sgt. Muniz she wanted all firearms and bladed weapons out of her house. MARY ANN GOLDSTEIN. showed officers

R.G's tactical vest, which was located in the master bedroom closet on the lower rack, between men's shirts. Located in the tactical vest in a Velcro strap holster was a loaded Glock 43 pistol, two (2) 30 round magazines, and one 8 round magazine.

5. Consistent with her request to remove all firearms from her residence, MARY ANN GOLDSTEIN showed Sgt. Muniz where firearms were located in the house. MARY ANN GOLDSTEIN showed Sgt. Muniz a small safe in the closet off of the master bedroom. MARY ANN GOLDSTEIN was able to locate a key for the safe. It was opened and officers removed 7 Heckler & Koch pistols, 3 Glock pistols, 1 Ruger pistol, 1 Walther pistol, and 1 Colt pistol.

6. MARY ANN GOLDSTEIN gave Sgt. Muniz a "Tupperware" type bin containing firearm-related purchases. MARY ANN GOLDSTEIN told Sgt. Muniz that she purchased the guns in the house for her husband, at his request.

7. After ROBERT GOLDSTEIN's arrest, according to TPD personnel, MARY ANN GOLDSTEIN approached them, and requested to provide a voluntary statement at a location other her house. As a person deemed a victim, MARY ANN GOLDSTEIN was thereafter escorted to the Tequesta Police Department where she voluntarily provided a sworn recorded statement. According to Sgt. Muniz, MARY ANN GOLDSTEIN told him that ROBERT GOLDSTEIN convinced her to obtain a concealed carry permit and purchase a "Seecamp" pistol for her protection. MARY ANN GOLDSTEIN stated that, thereafter, ROBERT GOLDSTEIN continued to persuade MARY ANN GOLDSTEIN to purchase firearms locally at Gun Ho, a FFL, located in Tequesta, Florida. According to MARY ANN GOLDSTEIN, ROBERT GOLDSTEIN would transfer money via his credit card so MARY ANN GOLDSTEIN could purchase firearms on

3

gunbroker.com.[1]  GOLDSTEIN would clean, handle, and secure the firearms inside the home. MARY ANN GOLDSTEIN further stated that she did not want the firearms that were observed in plain view when the police responded to the house, or the firearms that were concealed inside the house. MARY ANN GOLDSTEIN further stated that she did know of firearms that were in the safes in the house, but did not know exactly how many firearms of what types were located within. MARY ANN GOLDSTEIN was also interviewed regarding domestic violence related incidents that occurred earlier that evening and also earlier in the week.

8. The following day, March 22, 2019, ATF Special Agent Mark Finnamore and ATF Task Force Officer (TFO) Casey Goetz conducted a recorded interview with MARY ANN GOLDSTEIN at her residence. MARY ANN GOLDSTEIN invited Goetz and Finnamore into her house and agreed to be interviewed. During the interview, MARY ANN GOLDSTEIN told S/A Finnamore that she had done some research and realized that she was a "straw purchaser" of firearms for her husband. MARY ANN GOLDSTEIN stated that she has a Gunbroker account, and that her husband would log onto her account, and shop for firearms. MARY ANN GOLDSTEIN said that once she picked up the firearms, using her identification, they would be turned over to ROBERT GOLDSTEIN. MARY ANN GOLDSTEIN picked up the firearms from a gun store which she referred to as "Gun Ho." Your affiant is aware that this gun store, a FFL dealer, is now doing business name of "MikeLen SA Firearms". According to ATF records, this firearm licensee moved from Tequesta, Florida, to Lake Park, Florida, in June of 2018.

---

[1]Your affiant is aware that Gunbroker is an online brokerage service similar to Ebay for firearms. Once a firearm is purchased, however, the transfer of the firearm must be completed through a FFL dealer.

4

9. According to MARY ANN GOLDSTEIN, ROBERT GOLDSTEIN would keep the firearms in the safes that he (ROBERT GOLDSTEIN) had access to, and would also clean them on occasion. MARY ANN GOLDSTEIN stated that ROBERT GOLDSTEIN told her if the police were ever called to the residence, he did not want to return to prison, and would shoot it out with the police. In addition, ROBERT GOLDSTEIN told her that if he was losing the battle with the police, he would barricade himself upstairs with his wife, kill her, set the house on fire, and then kill himself. It should be noted in this regard that SA Finnamore observed a can of gasoline in the upstairs office of the residence.

10. MARY ANN GOLDSTEIN stated that she had her concealed weapons permit. MARY ANN GOLDSTEIN also stated that she purchased one gun for herself, which she kept in her vehicle. MARY ANN GOLDSTEIN provided consent to S/A Finnamore and TFO Goetz to search her vehicle. TFO Goetz searched the vehicle and recovered a Seecamp, .32 caliber semi-automatic pistol, serial number 15931 from the center console. MARY ANN GOLDSTEIN told agents that for several nights, ROBERT GOLDSTEIN had slept with her daughter in her daughter's bed. MARY ANN GOLDSTEIN stated that ROBERT GOLDSTEIN would give her daughter money to purchase cocaine and pills from 45th Street in Riviera Beach.

11. During the interview with S/A Finnamore and TFO Goetz, MARY ANN GOLDTEIN referred to purchasing firearms, saying she "would do it in her name because he couldn't do it, because he didn't have a license since he was in trouble before." M GOLDSTEIN told agents that when ROBERT GOLDSTEIN got arrested, he went to prison for 13 or 14 years and that he was a convicted felon. MARY ANN GOLDSTEIN stated that ROBERT GOLDSTEIN told her that he was arrested for having firearms when he was not allowed, as well as something involving a "mosque". MARY ANN GOLDSTEIN further

5

stated she had been advised by ROBERT GOLDSTEIN that law enforcement had found something in his computer about blowing up mosques. MARY ANN GOLDSTEIN added that she has a concealed weapons permit so "if he wants a toy-- I'm not going to say a toy, but a weapon--then it has to go in my name". MARY ANN GOLDSTEIN stated "I don't have the money for it. He has the money for it because he is a trust fund baby." MARY ANN GOLDSTEIN added that, "everything goes in my name." MARY ANN GOLDSTEIN went on to clarify, "It was his money, but it was my name." MARY ANN GOLDSTEIN then stated, "I hate to say it, it was a straw purchase." S/A Finnamore then asked MARY ANN GOLDSTEIN to describe her understanding of what the term "straw purchase" meant. MARY ANN GOLDSTEIN explained to S/A Finnamore that a straw purchase is "like I am buying something for somebody else. It was his money, but it was my license." TFO Goetz then asked MARY ANN GOLDSTEIN if ROBERT GOLDSTEIN would accompany her to pick up the firearms from the FFLs, to which MARY ANN GOLDSTEIN stated "yeah he was with me."

12. On March 22, 2019, a state search warrant, was obtained for the residence of 16 Live Oak Circle in Tequesta, Florida, by TPD officers. Your affiant and several other ATF Agents and Task Force Officers were present for the execution of the search warrant.

13. ATF Agents conducted a video walk-through of the residence to document its condition prior to initiation of the search. Once the search began, Tequesta PD Officers, assisted by ATF Agents, conducted a thorough search of the residence.

14. There was a safe in the garage that was opened with the assistance of the Palm Beach County Sheriff's Office. Inside the safe, agents recovered numerous rounds of ammunition. This ammunition included shotgun shells and rifle ammunition. Agents observed that no firearms

commonly associated with chambering those particular calibers/gauges of ammunition had thus far been recovered by the TPD. For that reason, agents suspected additional firearms hidden in the house had not yet been recovered, notwithstanding the prior assistance provided by MARY ANN GOLDSTEIN. Tequesta Police Officers, S/A Gonzalez, and S/A Finnamore began conducting a search of the mounted wall unit (hereinafter "the wall unit") which held the television in the living room. Agents and officers noticed anomalies in the sides of the unit. Using a hammer and tools, agents removed the wood paneling from the left side of the wall unit, and discovered a hollow compartment concealed therein, containing firearms and ammunition which has been secreted inside the compartment. Using fresh gloves, S/A Finnamore retrieved the weapons, all of which were loaded, and made them safe. An inventory of these weapons includes the following:

- Pioneer Arms, AK-47 style pistol, serial number PAC1119754 (no ammunition in the chamber but was loaded with one extended magazine containing unknown rounds of ammunition)
- Century Arms, model AK-63DS, AK-47 style pistol, serial number AK63DS-F04881 (no ammunition in the chamber but was loaded with one extended magazine containing unknown rounds of ammunition)
- Mossberg model 590 12 gauge shotgun, serial number V0811315 (loaded with two rounds of ammunition)
- Black Aces ProSeries 12 gauge tactical shotgun, serial number PS50033AA which was loaded with four rounds of 12 gauge ammunition.

15. In addition, inside the wall unit, agents recovered the following items from the wall unit:

- One box of Fiocchi 12 gauge shotgun ammunition
- 2 "AK-47 banana" style magazines, which were loaded with unknown rounds of ammunition
- 2 grenades and "look-alike" TNT, which appeared to be fake/replicas, but were transferred over to the PBSO bomb squad
- One "air-soft" landmine

17. On the basis of her investigation, firearms records establish that MARY ANN GOLDSTEIN, formerly known as MaryAnn Teixiera, purchased firearms from Pirate Firearms, a

7

FFL in Stuart, Florida, which I know to be located in Martin County, in the Southern Judicial district of Florida. Your affiant conducted an interview with the manager of Pirate Firearms, hereinafter referred to as "MC". It should be noted that MC knows MARY ANN GOLDSTEIN by her former name of Mary Ann TEIXEIRA. MC stated that he MC stated that he met ROBERT GOLDSTEIN, and his wife, MARY ANN GOLDSTEIN, a little less than a year ago. He recalls seeing ROBERT GOLDSTEIN and MARY ANN GOLDSTEIN at his store between five and ten times. He specifically remembered ROBERT GOLDSTEIN because on at least one occasion, ROBERT GOLDSTEIN came to the store wearing pajamas. MC said he thought MARY ANN GOLDSTEIN and ROBERT GOLDSTEIN were millionaires that spent a lot of money on guns. MC said ROBERT GOLDSTEIN told him he was a doctor.

16. MC provided S/A Connors the ATF Form 4473 forms (firearm transfer record forms) filled out by MARY ANN GOLDSTEIN, which described her purchase of five firearms from Pirate Firearms under her former name, Mary Ann TEIXEIRA, which is what is listed on the ATF Form 4473. In each of the forms, MARY ANN GOLDSTEIN, a/k/a, Mary Ann TEIXEIRA, answered "yes" to question "11a", which asks "Are you the actual buyer of the firearm?" Your affiant submits that defendant MARY ANN GOLDSTEIN's answer to this question was not truthful, as she then and there well knew, because on the basis of MARY ANN GOLDSTEIN's own admission, ROBERT GOLDSTEIN was the actual buyer of the firearms. Your affiant is further submits that said false statement was material to the transfer and acquisition of the firearm from the FFL, as had MARY ANN GOLDSTEIN answered "no" to question 11a, the FFL could not lawfully have transferred the firearms in question.

17. MC advised that three of MARY ANN GOLDSTEIN's firearms transactions consisted of transfers,[2] that is, that the firearms were purchased from an out-of-area source (via Gunbroker for example) and shipped to Pirate Firearms, who would obtain the ATF Form 4473 has done three of the firearms purchases as part of a transfer, with two additional transactions consisting of in-store purchases from Pirate Firearms's existing store inventory. In addition, MC noted that MARY ANN GOLDSTEIN's first interaction with Pirate Firearms was when she sold three guns to the store in the July of 2018.

18. MC recalled that every single time MARY ANN GOLDSTEIN came into the store, she was accompanied by ROBERT GOLDSTEIN. It should be noted that every time MC mentioned the firearms sales to MARY ANN GOLDSTEIN, he referred to her as "they." MC mentioned that ROBERT GOLDSTEIN handled firearms in the store and engaged MC in conversation about firearms. MC added that he did not think it was unusual that MARY ANN GOLDSTEIN was purchasing all these weapons. Your affiant obtained the ATF Form 4473s corresponding to those purchases from MC. The forms reveal the following purchases.

- On 07/28/2018, MARY ANN GOLDSTEIN purchased a Century Arms (7.62 AK47 variant rifle) S/N, AK63DS-804887 and one additional 40 round magazine for $774.99
- On 08/18/18, MARY ANN GOLDSTEIN purchased a Pioneer Arms model Hellpup, (7.62caliber AK 47 variant pistol) S/N PAC1119754 and two additional 40 round magazines (transfer from another FFL)
- On 11/17/2018, MARY ANN GOLDSTEIN purchased a H&K model P7, 9mm pistol, S/N 106314 (transfer from another FFL)

---

[2] On the basis of her training and experience, your affiant knows the term "transfer," as used in this context, to mean that the firearm was originally in the possession of an out-of-area person, most commonly a FFL in another state, purchased by a local customer, and shipped from the out-of-area seller to Pirate Firearms, who would then require the completion and submission of ATF Form 4473, followed by a National Instant Check background check and approval of the transaction by the Florida Department of Law Enforcement, before completing the transfer of the firearm to the local customer, who is this case was represented to be MARY ANN GOLDSTEIN.

9

- On 11/24/2018, MARY ANN GOLDSTEIN purchased a H&K model P96 .45 caliber pistol, S/N 407650 (transfer from another FFL)
- On 12/08/2018, MARY ANN GOLDSTEIN purchased a Seecamp .32 caliber pistol, S/N 15931 for $424.53

19. Your affiant notes that all of the firearms on the above list were recovered from the residence shared by MARY ANN and ROBERT GOLDSTEIN on March 21-22, 2019.

20. Your affiant conducted an interview with the owner of Mikelen SA Firearms, which also does business under the name "GUN HO". The owner of Mikelen SA firearms will hereinafter be referred to as "KS." "KS" stated that he knew MARY ANN TEIXEIRA (a/k/a MARY ANN GOLDSTEIN) and her husband, ROBERT GOLDSTEIN. K.S. advised he knew MARY ANN GOLDSTEIN through her place of employment at an automobile dealership on Okeechobee Blvd in West Palm Beach. He stated that ROBERT GOLDSTEIN had been in the store on at least five occasions and would usually accompany MARY ANN GOLDSTEIN to the store when she was picking out the firearms, but not when she would return to pick them up. KS recalled that at one point TEIXEIRA got her concealed weapons permit. KS told your affiant that he did not know that ROBERT GOLDSTEIN was a convicted felon. He said he knew that ROBERT GOLDSTEIN used to be a doctor.

21. Your affiant knows, based on firearms records, that MARY ANN GOLDSTEIN, a/k/a, MARY ANN TEIXEIRA, purchased the following firearms from Mikelen SA, a/k/a, as "GUN HO," a federally licensed firearms dealer, located in Tequesta, Florida and Lake Park, Florida, both in the Southern Judicial District of Florida. ATF Industry Operations Investigator (IOI) Sal VanCasteren obtained 4473s and two private bills of sale for the firearm purchases. In each of the 4473's examined, MARY ANN GOLDSTEIN answered "yes" to question "11a", which asks "Are you the actual buyer of the firearm?" For the reasons previously set forth above,

10

your affiant submits that answer was a materially false statement in that the true buyer of the firearms was ROBERT GOLDSTEIN.

- On April 3, 2018, MARY ANN GOLDSTEIN purchased a Colt model Detective, .38 SPL revolver, serial number 845757
- On April 3, 2018, MARY ANN GOLDSTEIN purchased a H&K model USP45C-V1, .45 caliber pistol, S/N 29-103406
- On April 18, 2018, MARY ANN GOLDSTEIN purchased a Magnum Research model Baby Eagle .40 caliber pistol, S/N 47302987 (This firearm was sold by MARY ANN GOLDSTEIN to Pirate firearms on July 28, 2018)
- On April 18, 2018, MARY ANN GOLDSTEIN purchased a Mossberg model 590 12 gauge shotgun serial number V08113115
- On April 18, 2018, MARY ANN GOLDSTEIN purchased a Glock model 17, 9mm pistol, S/N VPR943
- On April 25, 2018, MARY ANN GOLDSTEIN purchased a EEA model Windicator .357 revolver, S/N 1744163 (This firearm was sold by MARY ANN GOLDSTEIN to Pirate firearms on July 28, 2018)
- On May 8, 2018, MARY ANN GOLDSTEIN purchased a Walther, model PPQ, 9mm pistol, S/N PCS0797
- On June 29, 2018, MARY ANN GOLDSTEIN purchased a Glock model G43, 9mm pistol, S/N BHVL026
- On July 13, 2018, MARY ANN GOLDSTEIN purchased a Glock model 19, 9mm pistol, S/N BGUY902
- On September 28, 2018, MARY ANN GOLDSTEIN purchased a H&K model P7, 9mm pistol, S/N 18065
- On October 19, 2018, MARY ANN GOLDSTEIN purchased a H&K model P7, 9mm pistol, S/N 18498
- On November 5, 2018, MARY ANN GOLDSTEIN purchased a H&K model P7 M13, 9mm pistol, S/N 76452

22. In addition to the above listed firearm sales, TEIXIERA purchased two firearms via "private sale" on behalf of her husband. This paperwork was provided to ATF Industry Operations Investigator VanCasteren from "K.S." The private sale paperwork indicates the following:

- On June 12, 2018, MARY ANN GOLDSTEIN purchased a Ruger model 06704 .45 caliber pistol S/N NSF167 from KS via private sale.

11

23. For this sale, a firearm bill of sale was filled out. It should be noted that your affiant is aware that even though KS is a federal firearms licensee, he is permitted to sell firearms from his personal collection without the use of an ATF F 4473.

- On July 14, 2018, MARY ANN GOLDSTEIN purchased a Seecamp model LWS380 .380 caliber pistol from seller "T.C", of Delray Beach, FL. The transfer was completed at Mikelen SA firearms

24. Seventeen of the aforementioned firearms were recovered at the GOLDSTEIN residence between the dates of March 21, 2019 and March 22, 2019. The seventeen weapons were examined by ATF Special Agent Mark Finnamore. S/A Finnamore is an expert in firearms identification and manufacturing. S/A Finnamore examined the weapons and determined that sixteen of the seventeen weapons had previously traveled in interstate and/or foreign commerce. The sixteen firearms include:

One (1) Glock Model 43, 9 mm caliber semi-automatic pistol, S/N BHVL026
One (1) Ruger Model SR1911, .45 caliber semi-automatic pistol; S/N NSF167
One (1) Heckler & Koch Model USP Compact, .45 caliber semi-automatic pistol; S/N 29-103406
One (1) Glock Model 19, 9 mm caliber semi-automatic pistol; S/N BGUY902
One (1) Pioneer Arms Hellpup (AK-47 variant), 7.62 x 39 mm semi-automatic pistol S/N PAC1119754
One (1) Century Arms model AK63DS (AK-47 variant), 7.62 x 39 mm semi-automatic rifle S/N AK63DS-F04881
One (1) Mossberg Model 590, 12 gauge pump-action firearm; S/N V0811315
One (1) Glock model 17 (GEN 4) 9mm semiautomatic pistol, S/N VPR943
One (1) Walther model PPQ 9mm semiautomatic pistol, S/N FCS0797
One (1) Colt model Detective Special .38 SPL caliber revolver, S/N 845757
One (1) Heckler and Koch, model P9S, .45 ACP caliber pistol, S/N 407650
One (1) Heckler and Koch model P7M8 9mm semiautomatic pistol, S/N 106314
One (1) Heckler and Koch model P7, 9mm semiautomatic pistol, S/N 18065
One (1) Heckler and Koch model P7M8, 9mm semiautomatic pistol, S/N 16-110135
One (1) Heckler and Koch model P7M13, 9mm semiautomatic pistol, S/N 76452
One (1) Heckler and Koch model P7 9mm semiautomatic pistol, S/N 18498

25. Your affiant is aware that at all times material hereto, that is, prior to March 21, 2019, defendant Robert GOLDSTEIN was a convicted felon, having been convicted of at least the following offenses each of which was punishable by imprisonment for a term exceeding one year:

    a.) On or about June 19, 2003, defendant GOLDSTEIN was convicted in the United States District Court for the Middle District of Florida, in Case No. 03-CR-116-T-30MAP of Conspiracy to Violate Civil Rights; Attempted Damage to Religious Property and Obstruction of Persons in the Free Exercise of Religious Beliefs; and, Possession of Unregistered National Firearms Act Firearms, and was sentenced to a term of 120 months' imprisonment; and,

    b.) On or about June 16, 2014, defendant GOLSTEIN was convicted in the United States District Court for the Southern District of Florida, of Possession of a Firearm and Ammunition by a Convicted Felon, in Case No. 14-80022-Cr-MIDDLEBROOKS, and was sentenced to a term of 24 months' imprisonment. According to information furnished by the United States Probation Office, the defendant terminated supervised release for this offense on October 27, 2018.

26. Based on the foregoing, your affiant believes there is probable cause to exist that between the dates of April 3, 2018 and November 24, 2018, MARY ANN GOLDSTEIN provided her husband, ROBERT GOLDSTEIN, a person she knew had reasonable cause to know was a convicted felon, firearms, and in doing so, made false statements material to the acquisition of

13

firearms to FFLs on multiple ATF Form 4473s, a form which is required to be kept by federally licensed firearms dealers in violation of 18 U.S.C. § 922(d)(1) and 18 U.S.C § 922(a)(6).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
SARA CONNORS
SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO, FIREARM
& EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 11TH DAY OF APRIL, 2019, AT
WEST PALM BEACH, FLORIDA.

*[signature]*
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: MARY ANN GOLDSTEIN

Case No.: 19-8135-WM

**Count # 1**
Knowing Transfer of Firearms to a Convicted Felon
Title 18, United States Code, Sections 922(d)(1), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

**Count # 2**
Making False Statements Material to the Acquisition of a Firearm to a Federally Licensed Firearms Dealer
Title 18, United States Code, Sections 922(a)(6), 924(a)(2)

**Max. Penalty**: 0-10 years' imprisonment; $250,000 fine; 0-3 years' supervised release: and, a $100.00 special assessment.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-8135-WM

UNITED STATES OF AMERICA

v.

MARY ANN GOLDSTEIN

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
JOHN McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    A5500228
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561)-820-8711
Fax:    (561)805-9846
Email: